UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John M. Hentges, | Civil 10-4081 MJD/FLN |
| Plaintiff, | |
| v. | O R D E R |
| State of Minnesota, et al., | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 5, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 15, 2011.               s/Michael J. Davis
at Minneapolis, Minnesota            CHIEF JUDGE MICHAEL J. DAVIS
                                     United States District Court